

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILBERT GENE GREEN<br>LA. DOC #105177 | CIVIL ACTION NO. 09-1710 |
| | SECTION P |
| VS. | |
| | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___18___ day of May, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE